Ramsome Ovwigho
16202 Buccaneer Lane, Apt 101 A
Clear Lake City, TX 77062



**Federal Courthouse**

The University of Texas, School of Public Health
1200 Pressler Street, Houston TX 77030

July 6, 2017.

# WRONGFUL DISMISSAL

I'm here today to file for wrongful dismissal from Management, Policy and Community Health Doctoral Program at The University of Texas Health Science Center at Houston (UTHealth) School of Public Health. The basis of this lawsuit is to seek the immediate intervention of Federal Courthouse on a wrongful dismissal. The defender (The University of Texas School of Public Health) decision for my dismissal from the doctoral program was based on **INCORRECT** academic issues.

On June 9, 20017, a letter of dismissal was handed to me, on that letter, which contains the decision for dismissal was based on these academic issues: (Exhibit A 1).

1. "Failure to follow the details of the remediation and probation plans to complete your program as set forth and agreed to by you, the faculty, and administration". This is simply not correct. **The facts suggested otherwise**, as shown on probation plan (Exhibit B 1), and as you can see the course PHD 1421L Research Design and Analysis in Behavioral Sciences was enrolled and completed with letter "B" (above satisfactory point) Exhibit C 1.

2. "Failure to demonstrate your readiness to continue in the program by failing two attempts at completing the preliminary examination". This is simply not correct. **The facts suggested otherwise**. Why? Because I provided above satisfactory answers to all questions except questions that were not in course syllabus, which I also addressed averagely. I couldn't have failed the qualifying exam, which is graded either pass or fail. I'm an excellent doctoral student academically (Exhibit C 1).

In addition, i would also like to bring to the attention of the Federal Courthouse on a matter of **unfair grading** that led to the probation plan. The facts presented on that case were not examined thoroughly. I have included the details of unfair grading for Federal Courthouse perusal.

1

Ramsome Ovwigho
929 I Street
Palmyra, NE 68418

Academic Affairs and Student Services
RAS E 201
12000 Pressler Street
Houston, TX 77030
*September 1, 2016.*

Dear Sylvia,

### RE: Academic Conflict Resolution

I'm writing to please ask that my concerns should be assessed and or addressed by Academic Council of the University of Texas School of Public Health.
Please see the enclosed document, which contains the Academic conflict resolution request form, the statement of second appeal and exhibits.

The table depicts the number of pages in each document.

| Documents | Pages |
|---|---|
| Academic conflict resolution request form | 2 |
| Statement of second appeal | 5 |
| Exhibit A | 1 |
| Exhibit B | 6 |
| Exhibit C | 1 |
| Exhibit D | 1 |
| Exhibit E | 1 |
| Exhibit F | 1 |
| Exhibit G | 1 |
| Exhibit H | 2 |
| Exhibit I | 2 |
| Exhibit J | 2 |
| Exhibit K | 1 |

I earnestly look forward to hearing from you in regards to this matter.

Yours sincerely,

**Ramsome Ovwigho**
**PhD student**

## Second Appeal For Academic Conflict Resolution

The basis of this second appeal to the Dean of Academic School of Public Health is:

- The subcommittee that reviewed my first appeal only looked at the final paper and overlooked other course assignment grades.
- The subcommittee failed to look at the final paper compared to the specifications for this assignment as listed in the course outline.
- The subcommittee did not verify the comments made on the final paper by Dr. Allicock. Her comments on the paper are not completely correct.
- Since the first appeal was submitted, other evidence to support my claim and to reverse the F grade has become available.

I'm earnestly pursuing a fair resolution and request that the Dean of Academic Affairs of the School of Public Health appoint faculty members to review the entire graded course (PH 1122 Health Promotion Theory and Methods I).

### Final Paper

**Points deducted although APA format was followed**

In our final paper, we were told "to select a theory that is not covered in **PH 1111** and write a paper on the theory. Its origin, constructs, translation to health promotion and specific health promotion uses". This is also the structure of the final paper. Dr. Allicock deducted points on my final paper submitted April 28, 2015 because the "APA format not correctly used **throughout** the paper" **(Exhibit A)**. This is simply not correct. As you can see, the majority of the citations were APA format ( for example, Baltes (1997) was used in my final paper and it is consistent with APA format (Manual of the

3

American Psychological Association, 2011, P. 174).

**Points deducted although all paper requirements were met (Exhibit B).**

Dr. Allicock commented "Who developed this theory? And for what purpose?

On page # 3, paragraph # 3, I wrote "Conservation of resources theory was developed in response to the need to incorporate more fully both the objective and perceived environment into the process coping stress". And for what purpose? Then on page # 4, I stated "The original purpose was to bridge the perception or cognitive and environmental viewpoint".

Dr. Allicock commented. "How many were in the original model? How many are in the final? Why were constructs modified?". On page # 9, I wrote " The constructs selected or used were perceived susceptibility, perceived severity, perceived control, information seeking, optimization, social support and self efficacy". Why were constructs modified? On page # 9, I also stated "empirical studies have shown that the selected modified constructs have been used to help offset the impact of resources loss (Bobfoll, et al. (1991 and Carvel, et al. (1983)". Meaning the constructs were modified so that they are aligned with the health problem or better suited for the health problem.

Regarding translation to public health, there were no comments from Dr. Allicock on this section of my final paper.

Regarding specific health promotion uses, Dr. Allicock commented "such as" on page # 13 and I stated "it has been successfully used for predicting a range of stress in organizational settings, health context and stress resulting from disasters".

In addition, I also stated on page # 13 "Conservation of resources theory provides one model by which intervention can be guided and where change should be focused and specifically include HIV prevention and developing framework for coping".

Regarding specific health behavior change interventions. Under this section, I stated or gave an example on page # 13 "the use of condom as protection against sexual transmitted disease(s). In addition, I also stated under conservation of resources theory as an intervention. For example, on page

4

# 12 "emotional support may have good fit when individual is faced with emotional demands." Regarding strengths and limitations of the theory. Under this section, on page # 13, I stated " conservation of resources theory emphasizes that resources are necessary either for buffering against loss or stress will occur where resources are threatened". On page # 13, I also listed other strengths of conservation of resources theory, for example, "conversation of resources theory suggests that because individual strive to obtain, retain, protect resources, people assert themselves proactively to build their reservoirs" This is consistent with a study conducted by Hobfoll (1988), which I also stated "resources must be invested in coping, which is the same principle used by insurance industry, that is to say, people must purchase future protection at a premium of its average worth". Meaning resources are the main principle ingredients for communities and individuals to engage in healthy behavior or change health behavior. The only specific limitation I could find in conversation of resources theory. On page # 14, I stated "conversation of resources theory did not specify which resources are best for specific event".

Regarding future directions. Under this section, on page # 14, I stated " future work on conservation of resources theory might continue to explore which resources are important for particular events". In addition, I also stated "it is also important that future research should explore or investigate the efficacy of conservation of resources theory in conjunction with other behavioral theories".
In a nutshell, the majority of the points she deducted from the final paper were for invalid reasons.
I'm requesting a fair resolution and request that points deducted from my final paper to be reversed.

**Points deducted for late submission of paper although it was not submitted late.**

According to Dr. Allicock's comment on her grading sheet **(Exhibit C),** she said "consistent with the late penalty in the PH 1111, 5 points deduction for each day late, this assignment should have been given zero since he did not make prior arrangements regarding a late submission nor responded to email inquiring about the paper status until days late". First and foremost, I did not receive the emails she claimed to have sent. The only email I received from her I responded immediately **(Exhibit D).**

5

Dr. Allicock used PH 1111 syllabus to justify her points deduction. This is simply not correct, because the PH 1111(Health Promotion Theory and Methods I) final paper submission due date was on April 30, 2015 **(Exhibit E)**. I submitted my final paper on April 26, 2015 **(Exhibit F)**. I'm requesting a fair resolution for 20 points deducted from my final paper for late penalty to be reversed.

**Points deducted from my grade as a result of school's email account failure**

Dr. Allicock deducted **16** points for late submission of student's papers that I graded. The students papers assigned to me to be graded were done before the due date.

Initially I could not send attached files to any of the teaching assistants, because my school's email account won't allow me.

I communicated the files attachment problem to one of the teaching assistants and I was told to use the dropbox and to send the link to him(**Exhibit G**).

When I received email that the student's papers that I graded had not been received, which was on April 16, 2015 **(Exhibit H)**. The problem here is that I had difficulty attaching files in my school's email account. However, I submitted those graded papers to one of the teaching assistants on April 14, 2015, which was the due date **(Exhibit I)**.

I'm requesting a fair resolution of 16 points deducted from my course grades as a result of school's email account failure to be reversed.

**Assignment submitted not graded**

Dr. Allicock gave us assignment to be submitted. The assignment was to create "five questions from your lecture and send them to Dr. Businelle by Thursday, April 24, 2015. These questions will be part of the final exam for the PH 1111 students" **(Exhibit J )** and their solutions **(Exhibit K)**.

I submitted the five questions and their solutions before the due date. I later found out in her grading sheet that she did not grade the assignment. Usually, assignment ought to have been graded and recorded. When she was confronted about the ungraded assignment, her response was that *"she has the*

*power to know what to include and not to include*". Meaning she knows which assignments to include or not to include for the course grades.

I'm requesting a fair resolution for ungraded assignment and request that points should be assigned to the assignment.

    I will like also to bring to the committee attention of other two courses of health promotion I have enrolled in the same semester. The paper I wrote for one of those courses, which involved the application of conservation of resource theory. The professor gave me an **"A"** on that paper. The key point here is that, I'm very knowledgeable when it comes to application of health behavior theory. I sincerely believe that the facts presented before you are more than sufficient to receive an"A" in PH 1122 (Health promotion and Theory and Methods I).

I earnestly look forward to hearing from you in regards to this matter.

*[signature]*

Ramsome Ovwigho
16202 Buccaneer Lane, Apartment 101 A
Clear Lake City, TX 77062

Phone # 402 – 269 - 0645