IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANSOME OVWIGHO, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. H-17-2061 |
| UNIVERSITY OF TEXAS SCHOOL OF PUBLIC HEALTH, | § § § § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM & RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated December 13, 2017 (Docket Entry No. 14), and Plaintiff's objections (Docket Entry No. 15), the court concludes that said Memorandum and Recommendation should be adopted by this court. It is, therefore, **ORDERED** that the Memorandum and Recommendation is **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this ___3rd___ day of January, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE